UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

IN RE:                                                                               CASE NO.: 23-10588
                                                                                                            CHAPTER 13

Robert Campbell McCall, III,
  Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of PNC Bank, National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA  30004**

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Attorney for Secured Creditor
                                              13010 Morris Rd., Suite 450
                                              Alpharetta, GA  30004
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425

                                              By: _\S\Michelle L. McGowan, Esq._
                                                 Michelle L. McGowan, Esq., Esquire
                                               Pennsylvania Bar No. 62414 PA
                                             Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

ROBERT CAMPBELL MCCALL, III
1703 WEST 38TH STREET
ERIE, PA 16508

And via electronic mail to:

FOSTER LAW OFFICES
1210 PARK AVENUE
MEADVILLE, PA 16335

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Emily Cheng