**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCKET NO.: 26 |
| Robert Campbell McCall, III, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| PNC Bank N.A. | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING OBJECTION TO THE PROOF OF CLAIMS 3-1, 4-1, 5-1 FILED BY PNC BANK N.A.**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **February 1, 2024** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

An in-person hearing will be held on February 14, 2024 at 9:00 A.M. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties

participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: <u>January 15, 2024</u>

Respectfully submitted,
<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Objection to Proof of Claims 3-1, 4-1 and 5-1 and Amended Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: January 15, 2024

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Robert Campbell McCall, III
1703 West 38th Street
Erie, PA 16508
*Service via US Mail*

PNC Bank N.A
3232 Newmark Drive
Miamisburg, OH 45342
*Service via US Mail*