**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCKET NO.: 26 |
| Robert Campbell McCall, III, | : | |
| Movant, | : | |
| | : | |
| vs. | : | HEARING DATE & TIME: |
| | : | February 14, 2024 at 9:00 A.M. |
| PNC Bank N.A. | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the ***Objection to the Proof of Claim 3-1, 4-1 and 5-1 filed by PNC Bank N.A***, filed on January 12, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than February 1, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: February 2, 2024

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: February 2, 2024

*By: /s/ Marci Shetler*
Marci Shetler, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

## MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Robert Campbell McCall, III
1703 West 38th Street
Erie, PA 16508
*Service via US Mail*

PNC Bank N.A
3232 Newmark Drive
Miamisburg, OH 45342
*Service via US Mail*