**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 23-10588-GLT |
| Robert Campbell McCall, III, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No.: 45 |
| Robert Campbell McCall, III, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **July 18, 2024,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

An in-person hearing will be held on **August 7, 2024 at 1:30p.m**. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register

for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: <u>July 1, 2024</u>                                                                                         Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtors

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: July 1, 2024

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          PNC Bank, National Association           U.S. Bankruptcy Court
0315-1                                   Robertson, Anschutz, Schneid, Crane      U.S. Courthouse, Room B160
Case 23-10588-GLT                        13010 Morris Road, Suite 450             17 South Park Row
WESTERN DISTRICT OF PENNSYLVANIA         Alpharetta, GA 30004-2001                Erie, PA 16501-1169
Erie
Mon Jul  1 11:19:59 EDT 2024

Agresti Real Estate                      Citi Card/Best Buy                       Comenity Bank/Buckle
2635 West 26th Street                    Attn: Citicorp Cr Srvs Centralized Bankr Attn: Bankruptcy
Erie, PA 16506-3059                      Po Box 790040                            Po Box 182125
                                         St Louis, MO 63179-0040                  Columbus, OH 43218-2125


Comenity Bank/Zales                      Credit One Bank                          Hann Finl
Attn: Bankruptcy                         Attn: Bankruptcy Department              8000 Midlantic Drive
Po Box 182125                            6801 Cimarron Rd                         Mount Laurel, NJ 08054-1518
Columbus, OH 43218-2125                  Las Vegas, NV 89113-2273


Harley Davidson Financial                LVNV Funding, LLC                        Marquette Savings Bank
Attn: Bankruptcy                         Resurgent Capital Services               920 Peach Street
Po Box 22048                             PO Box 10587                             Erie, PA 16501-1486
Carson City, NV 89721-2048               Greenville, SC 29603-0587


Office of the United States Trustee      (p)PNC BANK RETAIL LENDING               Penelec
1000 Liberty Avenue                      P O BOX 94982                            76 South Main Street
Suite 1316                               CLEVELAND OH 44101-4982                  Akron, OH 44308-1890
Pittsburgh, PA 15222-4013


Synchrony Bank/Care Credit               Synchrony/PayPal Credit                  Toyota Financial Services
Attn: Bankruptcy                         Attn: Bankruptcy                         Attn: Bankruptcy
Po Box 965060                            Po Box 965060                            Po Box 259001
Orlando, FL 32896-5060                   Orlando, FL 32896-5060                   Plano, TX 75025-9001


Widget Financial                         Daniel P. Foster                         Robert Campbell McCall III
2154 E Lake Rd                           Foster Law Offices                       1703 West 38th Street
Erie, PA 16511-1140                      1210 Park Avenue                         Erie, PA 16508-2119
                                         Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PNC BANK N.A.                            (d)PNC BANK, NATIONAL ASSOCIATION        (d)PNC Bank
3232 NEWMARK DR.                         Attn: Bankruptcy Department              PO Box 1820`
MIAMISBURG, OH 45342                     3232 Newmark Drive                       Dayton, OH 45401-1820
                                         Miamisburg, OH 45342
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, N. A. | (u)Tracy L. Musgrove | End of Label Matrix |
| | | Mailable recipients    21 |
| | | Bypassed recipients     2 |
| | | Total                  23 |