FILED
8/7/24 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 23-10588-GLT |
| | : | Chapter: 13 |
| Robert Campbell McCall, III | : | |
| | : | |
| | : | Date: 8/7/2024 |
| *Debtor(s).* | : | Time: 09:30 |

## PROCEEDING MEMO

**MATTER:**  #45 - Motion to Approve Financing
#47 - Response filed by Trustee

**APPEARANCES**:
Debtor: Daniel P. Foster
Trustee: Ronda J. Winnecour

**NOTES:** [9:43]

Foster: Conciliation tomorrow. But believe plan is overfunded and the payments the Debtor is able to make are sufficient. 100% plan from day 1. Debtor needs vehicle to get to work. Believe things will look different after the conciliation tomorrow. Proposed plan at $950 a month.

Winnecour: Is okay with a continuance until after the conciliation.

Court: Was the Debtor shorting the plan payments intentionally? Or he could not make the full payment.

Foster: Against his advice, the Debtor was intentionally making short plan payments.

Court: That raises a question of good faith.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Approval of Post-Petition Vehicle Financing* [Dkt No. 45] is continued to conciliation August 8, 2024 at 1:30 p.m. After the conciliation, the parties shall call chambers to notify the Court if further hearing is necessary.[Text order].

**DATED:** 8/7/2024