**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 63 |
| Robert Campbell McCall, III, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING APPLICATION TO EMPLOY REALTOR**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **September 14, 2024** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this Notice and the Motion to your lawyer at once.**

An in-person hearing will be held on October 9, 2024 at 1:30 P.M. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register

for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: August 28, 2024

                                                Respectfully submitted,
                                                */s/ Daniel P. Foster, Esquire*
                                                Daniel P. Foster
                                                PA I.D. # 92376
                                                Foster Law Offices
                                                1210 Park Avenue
                                                Meadville, PA 16335
                                                Phone: 814.724.1165
                                                Fax: 814.724.1158
                                                Email:dan@mrdebtbuster.com
                                                Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Application to Employ Realtor, Proposed Order and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: <u>August 28, 2024</u> | *By: /s/ Caitlyn Campbell* |
| | Caitlyn Campbell, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.115 |

```
Label Matrix for local noticing         PNC Bank, National Association          U.S. Bankruptcy Court
0315-1                                  Robertson, Anschutz, Schneid, Crane     U.S. Courthouse, Room B160
Case 23-10588-GLT                       13010 Morris Road, Suite 450            17 South Park Row
WESTERN DISTRICT OF PENNSYLVANIA        Alpharetta, GA 30004-2001               Erie, PA 16501-1169
Erie
Wed Aug 28 10:30:45 EDT 2024

Agresti Real Estate                     Citi Card/Best Buy                      Comenity Bank/Buckle
2635 West 26th Street                   Attn: Citicorp Cr Srvs Centralized Bankr Attn: Bankruptcy
Erie, PA 16506-3059                     Po Box 790040                           Po Box 182125
                                        St Louis, MO 63179-0040                 Columbus, OH 43218-2125

Comenity Bank/Zales                     Credit One Bank                         Hann Finl
Attn: Bankruptcy                        Attn: Bankruptcy Department             8000 Midlantic Drive
Po Box 182125                           6801 Cimarron Rd                        Mount Laurel, NJ 08054-1518
Columbus, OH 43218-2125                 Las Vegas, NV 89113-2273

Harley Davidson Financial               LVNV Funding, LLC                       Marquette Savings Bank
Attn: Bankruptcy                        Resurgent Capital Services              920 Peach Street
Po Box 22048                            PO Box 10587                            Erie, PA 16501-1486
Carson City, NV 89721-2048              Greenville, SC 29603-0587

Office of the United States Trustee     (p)PNC BANK RETAIL LENDING              Penelec
1000 Liberty Avenue                     P O BOX 94982                           76 South Main Street
Suite 1316                              CLEVELAND OH 44101-4982                 Akron, OH 44308-1890
Pittsburgh, PA 15222-4013

Synchrony Bank/Care Credit              Synchrony/PayPal Credit                 Toyota Financial Services
Attn: Bankruptcy                        Attn: Bankruptcy                        Attn: Bankruptcy
Po Box 965060                           Po Box 965060                           Po Box 259001
Orlando, FL 32896-5060                  Orlando, FL 32896-5060                  Plano, TX 75025-9001

Widget Financial                        Daniel P. Foster                        Robert Campbell McCall III
2154 E Lake Rd                          Foster Law Offices                      1703 West 38th Street
Erie, PA 16511-1140                     1210 Park Avenue                        Erie, PA 16508-2119
                                        Meadville, PA 16335-3110

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PNC BANK N.A.                           (d)PNC BANK, NATIONAL ASSOCIATION       (d)PNC Bank
3232 NEWMARK DR.                        Attn: Bankruptcy Department             PO Box 1820`
MIAMISBURG, OH 45342                    3232 Newmark Drive                      Dayton, OH 45401-1820
                                        Miamisburg, OH 45342
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, N. A. | (u)Tracy L. Musgrove | End of Label Matrix |
| | | Mailable recipients    21 |
| | | Bypassed recipients     2 |
| | | Total                  23 |