# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 63 |
| Robert Campbell McCall, III, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2014(a)

I, Debra Fries, Realtor, of Coldwell Banker, 2961 Peach Street, Erie, PA 16508, (hereby "Affiant"), hereby declare under penalty of perjury the following statements are true:

1. The Affiant is a realtor licensed in the Commonwealth of Pennsylvania.

2. The Affiant is affiliated with Coldwell Banker, 2961 Peach Street, Erie, PA 16508.

3. The Affiant submits this Affidavit pursuant to Bankruptcy Rule 2014 in connection with and in support of the Movant's Application to Employ Realtor for services related to the sale of real estate.

4. The Affiant is a disinterested party and does not hold or represent an interest adverse to the estate as defined in 11 U.S.C. §101(14). Counsel has no connections with the Debtor, any other party in interest, their respective attorneys, accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as set forth hereinafter.

5. **Any Compensation to be paid in this engagement shall be subject to prior approval of this Court.**

6. No agreement or understanding exists between the Affiant and any other person for the sharing of compensation to be received in connection with this case aside from the traditional division of compensation among attorneys and their firms.

7. This statement is made under the penalty of perjury.

DATE: September 9, 2024						/s/ Debra Fries
								Debra Fries
								*Realtor*
								Coldwell Banker