**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 23-10588-GLT |
|    Robert Campbell McCall, III, | : | Chapter 13 |
|            Debtor | : | |
| | : | Docket No.: 69 |
|    Robert Campbell McCall, III, | : | |
|            Movant | : | |
| | : | |
|    vs. | : | |
| | : | |
|    Ronda J. Winnecour, Esquire, | : | |
|            Chapter 13 Trustee, | : | |
|            Respondent. | : | |

**STATUS REPORT**

    **AND NOW** this 9th day of September 2024**,** comes Robert Campbell McCall, III, ("Debtor"), by and through his attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*.  The Debtor avers as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on November 2, 2023 (the "Filing Date").

2. On July 1, 2024, Debtor filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace his vehicle.

3. On August 14, 2024, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtor has still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

    **WHEREFORE**, the Debtor files this Status Report in compliance with this Honorable Court's Order dated August 14, 2024.

Date: <u>September 9, 2024</u>   /s/ *Daniel P. Foster, Esquire*

Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors