**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | Chapter 13 |
|     Debtor, | : | |
| | : | RELATED TO Docket No: 65 |
| Robert Campbell McCall, III, | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO EMPLOY REALTOR**

        The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the APPLICATION TO EMPLOY REALTOR, filed on August 28, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Application appears thereon. Pursuant to the Notice of Hearing, Objections to the Application were to be filed and served no later than September 14, 2024.

        It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Date: September 16, 2024

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection Regarding the Application to Employ Realtor by First-Class Mail, U.S. Postage Paid on the parties below.

Date:  September 16, 2024

By: /s/ *Kathryn Schwartz*
KATHRYN SCHWARTZ
PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 23-10588-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Wed Aug 28 10:30:45 EDT 2024 | PNC Bank, National Association<br>Robertson, Anschutz, Schneid, Crane<br>13010 Morris Road, Suite 450<br>Alpharetta, GA 30004-2001 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Agresti Real Estate<br>2635 West 26th Street<br>Erie, PA 16506-3059 | Citi Card/Best Buy<br>Attn: Citicorp Cr Srvs Centralized Bankr<br>Po Box 790040<br>St Louis, MO 63179-0040 | Comenity Bank/Buckle<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Zales<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | Hann Finl<br>8000 Midlantic Drive<br>Mount Laurel, NJ 08054-1518 |
| Harley Davidson Financial<br>Attn: Bankruptcy<br>Po Box 22048<br>Carson City, NV 89721-2048 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Marquette Savings Bank<br>920 Peach Street<br>Erie, PA 16501-1486 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Penelec<br>76 South Main Street<br>Akron, OH 44308-1890 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 259001<br>Plano, TX 75025-9001 |
| Widget Financial<br>2154 E Lake Rd<br>Erie, PA 16511-1140 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Robert Campbell McCall III<br>1703 West 38th Street<br>Erie, PA 16508-2119 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC BANK N.A.<br>3232 NEWMARK DR.<br>MIAMISBURG, OH 45342 | (d)PNC BANK, NATIONAL ASSOCIATION<br>Attn: Bankruptcy Department<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | (d)PNC Bank<br>PO Box 1820`<br>Dayton, OH 45401-1820 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, N. A. | (u)Tracy L. Musgrove | End of Label Matrix |
| | | Mailable recipients   21 |
| | | Bypassed recipients    2 |
| | | Total                 23 |