FILED
9/16/24 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 63 |
| Robert Campbell McCall, III, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**ORDER ON APPLICATION TO EMPLOY REALTOR**

**AND NOW**, this 16th Day of September, 2024 upon consideration of the Movant's APPLICATION TO EMPLOY REALTOR, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1.) Debra Fries, Realtor, of Coldwell Banker, 2961 Peach Street, Erie, PA 16508, is hereby appointed Realtor for Movant pursuant to the terms described in the Fee Agreement attached to the above referenced Motion for the limited purpose of acting as a realtor in connection with the interest of the Movant in the selling of real estate at 1703 West 38th Street Erie, PA 16508, Parcel ID # 19-061-072. 0-313.00 with the terms of **Six Percent (6%) of the sale price,** proceeding as referenced to in the foregoing, Motion/Application, provided however, no settlement of any claim is to occur without Court Order after Notice and Hearing.

2.) Professional persons or entities performing service in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorney involved, the undesirability of the case, the nature and length of the professional relationship with the client, and awards in similar cases.

3.) Approval of any Application for Appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms and is not a preapproval of compensation pursuant to 11 U.S.C. § 328(a). Final compensation awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

4.) Applicant shall serve the within Order on all interested parties and file a certificate of service.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert Campbell McCall, III  
    Debtor

Case No. 23-10588-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Sep 16, 2024      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Campbell McCall, III, 1703 West 38th Street, Erie, PA 16508-2119 |
| r | + | Debra Fries, Coldwell Banker, 2961 Peach Street, Erie, PA 16508-1887 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:

**Name**      **Email Address**

Daniel P. Foster  
     on behalf of Debtor Robert Campbell McCall III dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon  
     on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com

Michelle L. McGowan  
     on behalf of Creditor PNC Bank National Association mimcgowan@raslg.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
     cmecf@chapter13trusteewdpa.com

District/off: 0315-1                         User: auto                              Page 2 of 2
Date Rcvd: Sep 16, 2024                  Form ID: pdf900                         Total Noticed: 2
TOTAL: 5