# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | Chapter 13 |
| Debtor, | : | |
| | : | RELATED TO Docket No: 71 |
| Robert Campbell McCall, III, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Order on Application to Employ Realtor* by First-Class Mail, U.S. Postage Paid on the parties below.

Date:  September 19, 2024

By: /s/ *Kathryn Schwartz*
KATHRYN SCHWARTZ
PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          PNC Bank, National Association         U.S. Bankruptcy Court
0315-1                                    Robertson, Anschutz, Schneid, Crane    U.S. Courthouse, Room B160
Case 23-10588-GLT                         13010 Morris Road, Suite 450           17 South Park Row
WESTERN DISTRICT OF PENNSYLVANIA          Alpharetta, GA 30004-2001              Erie, PA 16501-1169
Erie
Wed Aug 28 10:30:45 EDT 2024

Agresti Real Estate                       Citi Card/Best Buy                     Comenity Bank/Buckle
2635 West 26th Street                     Attn: Citicorp Cr Srvs Centralized Bankr  Attn: Bankruptcy
Erie, PA 16506-3059                       Po Box 790040                          Po Box 182125
                                          St Louis, MO 63179-0040                Columbus, OH 43218-2125

Comenity Bank/Zales                       Credit One Bank                        Hann Finl
Attn: Bankruptcy                          Attn: Bankruptcy Department            8000 Midlantic Drive
Po Box 182125                             6801 Cimarron Rd                       Mount Laurel, NJ 08054-1518
Columbus, OH 43218-2125                   Las Vegas, NV 89113-2273

Harley Davidson Financial                 LVNV Funding, LLC                      Marquette Savings Bank
Attn: Bankruptcy                          Resurgent Capital Services             920 Peach Street
Po Box 22048                              PO Box 10587                           Erie, PA 16501-1486
Carson City, NV 89721-2048                Greenville, SC 29603-0587

Office of the United States Trustee       (p)PNC BANK RETAIL LENDING             Penelec
1000 Liberty Avenue                       P O BOX 94982                          76 South Main Street
Suite 1316                                CLEVELAND OH 44101-4982                Akron, OH 44308-1890
Pittsburgh, PA 15222-4013

Synchrony Bank/Care Credit                Synchrony/PayPal Credit                Toyota Financial Services
Attn: Bankruptcy                          Attn: Bankruptcy                       Attn: Bankruptcy
Po Box 965060                             Po Box 965060                          Po Box 259001
Orlando, FL 32896-5060                    Orlando, FL 32896-5060                 Plano, TX 75025-9001

Widget Financial                          Daniel P. Foster                       Robert Campbell McCall III
2154 E Lake Rd                            Foster Law Offices                     1703 West 38th Street
Erie, PA 16511-1140                       1210 Park Avenue                       Erie, PA 16508-2119
                                          Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PNC BANK N.A.                             (d)PNC BANK, NATIONAL ASSOCIATION      (d)PNC Bank
3232 NEWMARK DR.                          Attn: Bankruptcy Department            PO Box 1820`
MIAMISBURG, OH 45342                      3232 Newmark Drive                     Dayton, OH 45401-1820
                                          Miamisburg, OH 45342
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, N. A.             (u)Tracy L. Musgrove             End of Label Matrix
                                                                                         Mailable recipients   21
                                                                                        Bypassed recipients    2
                                                                                        Total                 23