**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Robert Campbell McCall, III, | : | Docket No.: 75 |
| Movant | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Movant(s) Incorrect Address:
1703 West 38th Street
Erie, PA 16508

Movant(s) Correct Address:
16901 Desmare Street
Gulfport, MS 39503

                              Respectfully Submitted,

Date: October 11, 2024                /s/ Daniel P. Foster, Esquire
                                                Daniel P. Foster, Esquire
                                                PA I.D. #92376
                                                FOSTER LAW OFFICES, LLC
                                                1210 Park Avenue
                                                Meadville, PA 16335
                                                Tel: 814.724.1165
                                                Fax: 814.724.1158
                                                Dan@MrDebtBuster.com
                                                Attorney for Debtor