# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No. 74 |
| Robert Campbell McCall, III, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| PNC Bank, National Association | : | |
| PNC Bank, N.A., | : | |
| Widget Financial, | : | |
| LVNV Funding, LLC | : | |
| and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## NOTICE OF HEARING ON MOTION FOR SALE
## OF PROPERTY FREE AND DIVESTED OF LIENS

To the creditors and parties in interest of the above-named Debtor:

NOTICE IS HEREBY GIVEN THAT <u>Robert Campbell McCall, III</u> has filed a <u>Motion for Sale of Property Free and Divested of Liens</u> the following property:

Real estate located at **1703 West 38th Street, Erie, PA 16508, Tax ID #: 19-061-072.0-313.00, Erie County PA** described, as found in **Deed Book 2017, Deed Page 007489** with a legal description of:

> BEGINNING at a point in the south line of West 38th Street, a point distant six hundred thirty-nine and twenty-nine hundredths (639.29) feet west from the point of intersection of the west line of Greengarden Boulevard and the south line of West 38th Street; thence westerly along the south line of West 38th Street fifty (50) feet, more or less to the northwest corner of lot Number Five (5) of Scenery Hills Subdivision, Number One (1), Plot D., Part of Tract Greengarden Boulevard, a distance of one hundred twenty-nine and ninety-four hundredths (129.94) feet to the north line of Lot Number Thirty (30), fifty (50) feet to a point; thence northwardly and parallel with Greengarden Boulevard, one hundred twenty-nine and ninety-four hundredths (129.94) feet to the place of beginning. Consisting of Lot Number Five (5) of the Scenery Hills Subdivision Number (1), Plot D, Part of Tract Seventy-two (72), Sixth Ward, Erie, Pennsylvania.

SAID premises have erected thereon a single frame dwelling and garage commonly known as 1703 West 38th Street, Erie, Pennsylvania 16508 and are further identified by Erie County Assessment Index No. (19) 6172-313.

to _**Allison Enzbrenner,**_ 5215 Exerter Road, Erie, PA 16509 for $ 149,900.00 according to the terms set forth in the *Motion for Sale*.

**On or before October 31, 2024** any ***Objections*** to the sale shall be filed with the U.S. Bankruptcy Court, Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219.

A hearing is scheduled for ***November 27, 2024 at 9:00 A.M.*** before. Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219 at which time higher/better offers will be considered and Objections to the sale will be heard.

In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

Date of Notice:

October 14, 2024                                /s/Daniel P. Foster
                                                Trustee/Attorney for Debtor

Arrangements for inspection prior
to said sale hearing may be made with:

**Foster Law Offices, LLC**
**c/o Daniel Foster, Esq.**
**1210 Park Avenue**
**Meadville, PA 16335**
**Telephone: 814-724-1165**
**Fax: 814-724-1158**
**Email: dan@mrdebtuster.com**

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion for Sale of Property Free and Divested of Liens, Proposed Order and Notice of Hearing on Motion for Sale of Property Free and Divested of Liens by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>October 14, 2024</u>    *By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

# MATRIX

**PNC Bank, National Association**
Attn: Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342
*Service via US Mail*

**Allison Enzbrenner**
5215 Exerter Road
Erie, PA 16509
*Service via US Mail*

**Erie County Tax Claim Bureau**
140 West 6th Street
Erie, PA 16501
*Service via US Mail*

**Widget Financial**
2154 East Lake Rd
Erie, PA 16511
*Service via US Mail*

**LVNV Funding, LLC**
PO Box 10587
Greenville, SC 29603
*Service via US Mail*

**PNC Bank, N.A.**
P O BOX 94982
Cleveland, OH 44101

**Robert Campbell McCall, III**
1703 West 38th Street
Erie, PA 16508
*Service via US Mail*

**United States Trustee**
*Ustpregion03.pi.ecf@usdoj.gov*
*Service via CM/ECF*

**Ronda J. Winnecour, Chapter 13 Trustee**
*cmef@chapter13 trusteewdpa.com*
*Service via CM/ECF*