**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | |
|---|---|
| In re:<br><br>**Robert Campbell McCall, III,**<br>Debtor.<br>**Robert Campbell McCall, III,**<br>Movant.<br>v.<br>**PNC BANK, NATIONAL ASSOCIATION,**<br>Respondents. | Bankruptcy **23-10588-GLT**<br><br>Chapter **13**<br><br>Related to Doc. No. **76** |

**LIMITED RESPONSE TO MOTION TO SELL**
**PROPERTY FREE AND CLEAR OF LIENS UNDER SECTION 363**

PNC BANK, NATIONAL ASSOCIATION ("Secured Creditor"), by and through its undersigned attorney, hereby files its Limited Response to Motion to Sell Property Free and Clear of Liens under Section 363 ("Motion") (DE# **76**) and in support thereof states as follows:

1. Secured Creditor holds a first lien on the subject property located at 1703 West 38th Street, Erie, PA 16508 (the "Property").

2. This Court has exclusive jurisdiction over the property in question under 28 USC Section 1334.

3. On October 14, 2024, Robert Campbell McCall, III ("Debtor") filed a Motion to Sell Property Free and Clear of Liens under Section 363 for $149,900.00

4. The estimated payoff of Secured Creditor's lien is $46,794.49 as of October 31, 2024, This is amount should not be relied upon to pay off the loan as interest and additional advances may come due prior to the date of the proposed sale. Secured Creditor will provide an updated payoff at or near the scheduled closing of the refinance.

5. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said refinance based upon an up to date payoff quote.

6. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

**WHEREFORE,** Secured Creditor respectfully requests the Motion be conditionally granted, and any order granting the Motion shall include the terms identified herein; and for such other and further relief as the Court deems just and proper.

**Robertson, Anschutz, Schneid,
Crane & Partners, PLLC**
Attorney for Secured Creditor
130 Clinton Rd, Lobby B, Suite 202,
Fairfield, NJ 07004
Telephone: 470-321-7112
By: /s/Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar No.  83745
Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | |
|---|---|
| In re: <br><br> **Robert Campbell McCall, III,** <br> Debtor. <br> **Robert Campbell McCall, III,** <br> Movant. <br> v. <br> **PNC BANK, NATIONAL ASSOCIATION,** <br> Respondents. | Bankruptcy **23-10588-GLT** <br><br> Chapter **13** <br><br> Related to Doc. No. **76** |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on **October 25, 2024**

The types of service made on the parties were:

By First-Class Mail:

Robert Campbell McCall, III
1703 West 38th Street
Erie, PA 16508

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 1521

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                **Robertson, Anschutz, Schneid,
Crane & Partners, PLLC**
Attorney for Secured Creditor
130 Clinton Rd, Lobby B, Suite 202,
Fairfield, NJ 07004
Telephone: 470-321-7112
By: /s/Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar No. 83745
Email: rshearer@raslg.com