IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/27/24 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 23-10588-GLT |
| | : | Chapter: 13 |
| Robert Campbell McCall, III | : | |
| | : | |
| | : | Date: 11/27/2024 |
| *Debtor(s).* | : | Time: 09:30 |

## PROCEEDING MEMO

**MATTER:** #76 - Motion to Sell Property Free and Clear of Liens under Section 363(f)
#81 - Response filed by PNC Bank

**APPEARANCES:**
Debtor: Daniel P. Foster
Trustee: Kate DeSimone
PNC: Christopher Wright

[9:31/9:47]
**NOTES:**

Foster: This is the Debtor's request to sell 1703 West 38th Street, Erie, PA to Allison Enzbrenner for $149,900. This will result in a 100% distribution to unsecured creditors. Attorneys fees are $750. Earmarked $15,000 for payment of unsecured claims. The trustee fees are $6.98. The Debtor is responsible for any funds over and above $15,000 if that doesn't satisfy the unsecured claims. This was not advertised as this is a 100% sale. Have not received any calls for this property. The realtor has not received any other calls.

Wright: We filed a limited response, but it appears that PNC's lien will be fully satisfied from the sale and as a result we are in favor of this.

Trustee: No opposition. Fees are quite limited.

[*Property exposed for sale. Enzbrenner determined to have made the highest and best bid*]

**OUTCOME:**
1. The *Motion for Sale of Real Property Free and Divested of Liens* [Dkt. No. 76] is GRANTED. [HT to issue modified order at Dkt. No. 84]

**DATED:** 11/27/2024