# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10588-GLT |
| | : | |
| Robert Campbell McCall, III, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No. 86 |
| Robert Campbell McCall, III, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| PNC Bank, National Association | : | |
| PNC Bank, N.A., | : | |
| Widget Financial, | : | |
| LVNV Funding, LLC | : | |
| and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Modified Order Confirming Sale of Real Property Free and Divested of Liens** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 4, 2024

*By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

# MATRIX

**PNC Bank, National Association**
Attn: Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342
*Service via US Mail*

**KML Law Group**
c/o Denise Carlon, Esq.
701 Market Street, Ste 500
Philadelphia, PA 19106
Fax: 215-627-7734
*Service via Facsimile & US Mail*

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
c/o Robert Shearer, Esq.
13010 Morris Road – Suite 450
Alpharetta, GA 30004
Fax: 404-393-1425
*Service via Facsimile & US Mail*

**Allison Enzbrenner**
5215 Exerter Road
Erie, PA 16509
*Service via US Mail*

**Erie County Tax Claim Bureau**
140 West 6th Street
Erie, PA 16501
*Service via US Mail*

**Widget Financial**
2154 East Lake Rd
Erie, PA 16511
*Service via US Mail*

**LVNV Funding, LLC**
PO Box 10587
Greenville, SC 29603
*Service via US Mail*

**PNC Bank, N.A.**
P O BOX 94982
Cleveland, OH 44101
*Service via US Mail*

**Select Settlement, Incorporated**
c/o Jessica A. Vendetti, Real Estate Paralegal
2530 Village Common Drive, Suite A
Erie, PA 16506
*Service via US Mail*

**Robert Campbell McCall, III**
1703 West 38th Street
Erie, PA 16508
*Service via US Mail*

**United States Trustee**
*Ustpregion03.pi.ecf@usdoj.gov*
*Service via CM/ECF*

**Ronda J. Winnecour, Chapter 13 Trustee**
*cmef@chapter13 trusteewdpa.com*
*Service via CM/ECF*