Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert Campbell McCall III** | : | Case No. 23−10588−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| v. | : | Related to Document No. 94 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/2/25 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 28th of April, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 94 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before June 9, 2025*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 2, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert Campbell McCall, III  
    Debtor

Case No. 23-10588-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Apr 28, 2025      Form ID: 604      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Campbell McCall, III, 16901 Desmare Street, Gulfport, MS 39503-4470 |
| r | + | Debra Fries, Coldwell Banker, 2961 Peach Street, Erie, PA 16508-1887 |
| 15653688 | + | Agresti Real Estate, 2635 West 26th Street, Erie, PA 16506-3059 |
| 15653693 | + | Hann Finl, 8000 Midlantic Drive, Mount Laurel, NJ 08054-1549 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Apr 29 2025 01:40:00 | PNC Bank, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15653689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:43:44 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15653690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:41:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15653691 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:41:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15653692 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2025 01:56:26 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15653694 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 29 2025 01:42:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15672726 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:43:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15653695 | + | Email/Text: anthony.stuart@marquettesavings.bank | Apr 29 2025 01:42:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 15670665 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2025 01:40:00 | PNC BANK N.A., 3232 NEWMARK DR., MIAMISBURG, OH 45342 |
| 15670494 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2025 01:40:00 | PNC BANK, NATIONAL ASSOCIATION, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15653697 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 29 2025 01:40:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15653696 | | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 29 2025 01:41:00 | Penelec, 76 South Main Street, Akron, OH 44308-1890 |
| 15653698 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:56:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15653699 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:57:41 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 23-10588-GLT   Doc 96   Filed 04/30/25   Entered 05/01/25 00:31:06   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: 604 | Total Noticed: 20 |

| 15653700 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 29 2025 01:41:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 15653702 | + Email/Text: collections@widgetfinancial.com | Apr 29 2025 01:42:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, N. A. |
| 15653701 | | Tracy L. Musgrove |
| cr | *+ | PNC Bank, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Robert Campbell McCall III dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor PNC Bank National Association mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor PNC Bank National Association rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6